No. 99–8821. WOODARD v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-rari denied.

No. 99–8822. JERRY M. v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 99–8826. PRIHODA v. SONDALLE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–8828. PRATT v. PENNSYLVANIA. Super. Ct. Pa. Cer-tiorari denied.

No. 99–8831. TRUITT v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certio-rari denied.

No. 99–8835. JOHNSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 99–8844. COROPUNA v. VIRGINIA DEPARTMENT OF COR-RECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–8847. ALFONSO JAIME v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8856. DEESE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 99–8859. DAVIS v. UNITED STATES. C. A. 4th Cir. Cer-tiorari denied.

No. 99–8864. FIDALGO v. UNITED STATES; and
No. 99–8981. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 184 F. 3d 821.

No. 99–8871. BELLO v. UNITED STATES. C. A. 11th Cir. Cer-tiorari denied.

No. 99–8872. COLLIER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–8878. MUNOZ-AMADO, AKA MUNOZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.